THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABIN BOLA NELLAMS, KEVIN J. BALDADO, and RICHARD D. WOODS,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DREYFUS, INC., a Delaware corporation,<br><br>Defendant. | No. 2:10-CV-01802-RSL<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

COME NOW Plaintiffs Abin Bola Nellams, Kevin J. Baldado, and Richard D. Woods and Defendant Louis Dreyfus Corporation, by and through their undersigned counsel of record, and hereby stipulate, pursuant to confidential release agreements entered into between the parties, that this lawsuit and each and every claim therein be dismissed with prejudice.

///
///
///
///
///

**STIPULATION AND ORDER OF DISMISSAL** (2:10-cv-01802-RSL) - 1

1  IT IS SO STIPULATED.

2  RESPECTFULLY SUBMITTED this 16th day of January, 2013.

3

4

5

  *s/ Karin D. Jones*
6  Jerome L. Rubin, WSBA No. 5803
   jlrubin@stoel.com
7  Karin D. Jones, WSBA No. 42406
   kdjones@stoel.com
8  STOEL RIVES LLP
   600 University St., Ste. 3600
9  Seattle, WA 98101
   (206) 624-0900 Phone
10 (206) 386-7500 Fax
   *Attorneys for Defendant*
11 *Louis Dreyfus Corp.*

   *s/ Darryl Parker  (per email authorization of 1/15/13)*
   Darryl Parker, WSBA No. 30770
   PREMIER LAW GROUP, PLLC
   3380 146th Pl. SE, Ste. 430
   Bellevue, WA 98007-6480
   dparker@plg-pllc.com
   (206) 285-1743 Phone
   (206) 599-6316 Fax
   *Attorney for Plaintiff Richard Woods*

12
   *s/ Daniel F. Johnson (per email authorization of 12/19/12*
13 Daniel F. Johnson, WSBA No. 27848
   BRESKIN, JOHNSON & TOWNSEND PLLC
14 1111 3rd Ave., Ste. 2230
   Seattle, WA 98101-3292
15 djohnson@bjtlegal.com
   (206) 652-8660 Phone
16 (206) 652-8290 Fax
   *Attorney for Plaintiff Kevin Baldado*

17

18
   *s/ Jeffrey L. Needle (per email authorization*
19 *of 1/2/13)*
   Jeffrey L. Needle, WSBA No. 6346
20 119 1st Ave. S, Ste. 200
   Seattle, WA 98104-3450
21 jneedlel@wolfenet.com
   (206) 447-1560 Phone
22 (206) 447-1523 Fax
   *Attorney for Plaintiff Abin Bola Nellams*

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL** (2:10-cv-01802-RSL) - 2

1
2   THIS MATTER CAME BEFORE THE COURT on the parties' Stipulation for Dismissal
3  of Claims in this matter.  The Court has reviewed the Stipulation and the records and files herein.
4   Being fully informed, the Court hereby ORDERS as follows:
5   This lawsuit and each and every claim herein is dismissed with prejudice.
6   IT IS SO ORDERED.
7
8
    Dated this 18th day of January, 2013.
9
10                                  *[signature]*
11                                  HONORABLE ROBERT S. LASNIK

**STIPULATION AND ORDER OF DISMISSAL** (2:10-cv-01802-RSL) - 3